UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLORIA M. LONGON

VERSUS

NICK'S BOBCAT & DEMOLITION
SERVICES, INC.

CIVIL ACTION

NUMBER 06-739-SCR

### ORDER

Counsel for the plaintiff advised the court that a settlement has been reached and requested that the pretrial conference and trial be canceled. Record document number 29.

Therefore;

IT IS ORDERED that the pretrial conference set for December 17, 2007, and the trial set for January 14, 2008, are both canceled.

Baton Rouge, Louisiana, December 7, 2007.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE