UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GLORIA M. LONDON | CIVIL ACTION NO. 06-739-SCR |
| VERSUS | |
| NICK'S BOBCAT & DEMOLITION SERVICES, INC., AND LINCOLN GENERAL INSURANCE COMPANY | MAGISTRATE JUDGE RIEDLINGER |

**************************************************************************

## ORDER

Considering the above and foregoing Joint Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the claims of plaintiff, Gloria London, in the above entitled and numbered cause against Nick's Bobcat & Demolition Services, Inc. and Lincoln General Insurance Company, be and the same are dismissed, with prejudice, each party bearing its own costs.

Baton Rouge, Louisiana this  7th   day of   January  , 2008.

/s/ Stephen C. Riedlinger

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE